United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY TAYLOR,

        Plaintiff,

v.

RON BROOMFIELD, et al.,

        Defendants.

Case No. 24-cv-02820-JD

**ORDER RE DISMISSAL**

Re: Dkt. No. 14

    Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The amended complaint was dismissed with leave to amend and plaintiff was provided an opportunity to file a second amended complaint to address the deficiencies noted by the Court. Plaintiff submitted a motion stating that he does not intend to file a second amended complaint and seeks to withdraw this case. The motion (Dkt. No. 14) is granted and this case is dismissed pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED.**

Dated: February 4, 2025

_____
JAMES DONATO
United States District Judge